**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>    SHANNON LEE WIMBERLY<br>    RACHEL RUTH WIMBERLY | In Proceedings Under<br>Chapter 13 |
| Debtor(s). | Bk. No:  1240805 |

### TRUSTEE'S RECOMMENDATION

Now comes Bob G. Kearney, Trustee in the above cause, recommends that the Debtor(s) Plan filed 06/26/2012 be confirmed.

/s/ Bob G. Kearney

CERTIFICATE OF SERVICE

Unless served electronically, the undersigned hereby certifies that a true and correct copy of the above and foregoing Document was mailed to:

SHANNON LEE and RACHEL RUTH WIMBERLY
13127 BRUSHY CREEK RD.
CARRIER MILLS, IL 62917

on 09/04/2012, with the correct postage prepaid and deposited in the U.S. Mail Box in Benton, Illinois.

/s/ Meindy Foreman