IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| SHANNON L WIMBERLY | ) | |
| RACHEL R. WIMBERLY, | ) | |
| Debtors. | ) | BK 12-40805 |
| | ) | |

**CONSENTUAL MOTION TO MODIFY AUTOMATIC STAY**

Now Come the Debtors, Shannon Wimberly and Rachel Wimberly, by and through their attorneys, the Bankruptcy Clinic, P.C., and respectfully move for an Order Modifying the Automatic Stay. In support thereof, the debtors state:

1. The debtors' case was filed on June 26, 2012.

2. Debtors wish to divorce but believe it is in their mutual best interest to remain in their current chapter 13 case.

3. Debtors desire to begin divorce proceeding and have been advised that an Order granting a lift of the automatic stay must be entered before the State Court may proceed to conclude the marital proceeding.

4. The secured debts are their homestead, 2008 Honda Fit, and 2010 Toytota Corolla. The homestead is being paid outside the chapter 13 plan while the 2008 Honda Fit and 2010 Toytota Corolla are listed to be paid through the debtors' plan.

WHEREFORE, the debtors respectfully pray that the automatic stay be modified for the limited purpose of distributing assets and assigning marital debts.

Respectfully Submitted,

By:  /s/ Lyndon G. Willms
Bankruptcy Clinic, P.C.
Attorney for the Debtors
206 West DeYoung Street
Marion, IL  62959
(618) 993-1300

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing instrument was served upon the parties set forth below by causing same to be mailed in a properly addressed envelope, postage prepaid, from Carbondale, Illinois, on the 18th day of February, 2013 unless a copy was provided electronically by the Bankruptcy Court.

| | |
|---|---|
| Bob Kearney | United States Trustee |
| Chapter 13 Trustee | Becker Building, Room 1100 |
| PO Box 998 | 401 Main Street |
| Benton, IL 62812 | Peoria, IL 61602 |
| | |
| Shannon Wimberly | Rachel Wimberly |
| 13127 Brushy Creek Rd. | 13127 Brushy Creek Rd. |
| Carrier Mills, IL 62917 | Carrier Mills, IL 62917 |

                        By:    /s/Cheri Weeks
                                  Bankruptcy Clinic, P.C.