**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

IN RE:

    Shannon Lee Wimberly                          Case No.: 12-40805
    *dba* SWGrafix                                        Chapter: 13
    Rachel Ruth Wimberly                         Judge: Laura Grandy
    *fdba* House of Music
                         Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C15-29802

Jay B Howd
Bankruptcy Clinic
811 W Main St
Carbondale, IL 62901
(618) 549-0567
Email: notice.carbondale.bcpc@gmail.com
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

     PLEASE file the Appearance of Caleb J. Halberg on behalf of Ocwen Loan Servicing, LLC and include Caleb J. Halberg, as attorney for creditor, on the Matrix.

Dated: November 6, 2015                *s/ Caleb J. Halberg*
                                                 Potestivo & Associates, P.C.
                                                 Caleb J. Halberg (ARDC#6306089)
                                                 223 W. Jackson Blvd., Suite 610
                                                 Chicago, Illinois 60606
                                                 Telephone: (312) 263-0003
                                                 Main Fax: (312) 263-0002
                                                 Cook County Firm ID #: 43932
                                                 DuPage County Firm ID #: 223623
                                                 Attorneys for Ocwen Loan Servicing, LLC
                                                 Our File No.: C15-29802

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

IN RE:

    Shannon Lee Wimberly                                Case No.: 12-40805
    *dba* SWGrafix                                             Chapter: 13
    Rachel Ruth Wimberly                                Judge: Laura Grandy
    *fdba* House of Music
                                Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C15-29802

Jay B Howd
Bankruptcy Clinic
811 W Main St
Carbondale, IL 62901
(618) 549-0567
Email: notice.carbondale.bcpc@gmail.com
_____/

## AFFIDAVIT OF SERVICE

      I, Cassandra McLone, state that on the 6th day of November 2015, I served a copy of the Notice of Appearance, Request for Notices and Affidavit of Service of same upon the below listed parties:

| **Jay B Howd** | **Office of the U.S. Trustee,** | **Bob G Kearney** |
|---|---|---|
| 811 W Main St | Becker Bldg, Room 1100 | PO Box 998 |
| Carbondale, IL 62901 | 401 Main St | Benton, IL 62812 |
| | Peoria, IL 61602 | |

via CM-ECF electronic filing to the Debtors Attorney, Chapter 13 Trustee, and United States Trustee.

                                                            */s/ Cassandra McLone*
                                                            Cassandra McLone