Russell C. Simon
Office of the Standing Trustee
Southern District of Illinois
P.O. Box 998
Benton, IL 62812

RETURN SERVICE REQUESTED

1240805                                                                                                   345

WIMBERLY, SHANNON LEE
910 N. BENTLEY
APT C
MARION, IL  62959

06/26/2012 through 10/31/2015

Pursuant to the "Notice of Appointment of Successor Chapter 13 Trustee" previously filed in this case, Robert G. Kearney has resigned as the Benton Standing Chapter 13 Trustee effective October 30, 2015. Russell C. Simon, his successor, was appointed effective November 1, 2015. Robert G. Kearney hereby submits the following accounting report of the administration of the estate as required by Federal Rule of Bankruptcy Procedure 2012(b)(2) and the duties listed in 11 U.S.C. Section 1302(b)(I). This accounting will be on file at the U.S. Bankruptcy Court for the Southern District of Illlinois, located at the Federal Courthouse,  301 West Main Street,  Benton, IL 62812.

The enclosed accounting report covers the period from the petition date through October 30, 2015, which reflects all receipts/payments to the Trustee and all disbursements to the Creditors, if any. The "summary to date" line on the last page of this report summarizes all the receipts and disbursements. Please examine this report carefully and immediately advise your Attorney or the Trustee of any errors or omissions.

NOTICE IS FURTHER GIVEN that objection(s), if any, shall be filed with the Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor(s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

051200000003450105000



345

| WIMBERLY, SHANNON LEE<br>910 N. BENTLEY<br>APT C<br>MARION, IL  62959<br>SSN   XXX-XX-8254 | WIMBERLY, RACHEL RUTH<br>13127 BRUSHY CREEK RD.<br>CARRIER MILLS, IL  62917<br><br>SSN   XXX-XX-6770 | Period Covered This Report<br>06/26/2012   To   10/31/2015<br>TRUSTEE<br>Robert G. Kearney | DATE FILED   06/26/2012<br>LATEST 341   07/26/2012<br>ORG 341      07/26/2012<br>CONFIRMED  09/05/2012<br>CLOSED | UNSEC PAID AT           100.0%<br>BASE AMOUNT         30,600.00<br>PLAN UNSEC              9,884.72<br>MONTHLY BASE          NONE<br>MIN BALANCE               5.00 | CASE #      1240805<br>PRINTED #  BK-12-40805-M<br>ATTY          JAY HOWD<br>DELINQ                   157.32<br>MONTHS SINCE PYMNT     0 |

## PLAN PAYMENT SCHEDULE

| Schedule | Amount | Frequency | Type | Applies To | Schedule | Amount | Frequency | Type | Applies To | Schedule | Amount | Frequency | Type | Applies To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-2012 | 510.00 | MONTHLY | PAYMENT | DEBTOR | | | | | | | | | | |

## RECEIPTS

| Date | Transaction Source | Amount | Type | Date | Transaction Source | Amount | Type | Date | Transaction Source | Amount | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-16-12 | SIU 355803 | 235.38 | Receipt | 08-26-13 | SIU 369540 | 235.38 | Receipt | 10-09-14 | SIU 377922 | 235.38 | Receipt |
| 07-30-12 | SIU 356061 | 235.38 | Receipt | 09-09-13 | SIU 369899 | 235.38 | Receipt | 10-23-14 | SIU 378225 | 235.38 | Receipt |
| 08-10-12 | SIU 356419 | 235.38 | Receipt | 09-23-13 | SIU 370145 | 235.38 | Receipt | 11-03-14 | SIU 378578 | 235.38 | Receipt |
| 08-27-12 | SIU 356669 | 235.38 | Receipt | 10-07-13 | SIU 370500 | 235.38 | Receipt | 11-17-14 | SIU 378773 | 235.38 | Receipt |
| 09-11-12 | SIU 357056 | 235.38 | Receipt | 10-21-13 | SIU 370743 | 235.38 | Receipt | 12-02-14 | SIU 379122 | 235.38 | Receipt |
| 09-21-12 | SIU 357330 | 235.38 | Receipt | 11-05-13 | SIU 371106 | 235.38 | Receipt | 12-15-14 | SIU 379259 | 235.38 | Receipt |
| 10-05-12 | SIU 357716 | 235.38 | Receipt | 11-18-13 | SIU 371303 | 235.38 | Receipt | 12-29-14 | SIU 379487 | 235.38 | Receipt |
| 10-22-12 | SIU 357983 | 235.38 | Receipt | 12-02-13 | SIU 371611 | 235.38 | Receipt | 01-13-15 | SIU 379842 | 235.38 | Receipt |
| 11-05-12 | SIU 358370 | 235.38 | Receipt | 12-19-13 | SIU 371836 | 235.38 | Receipt | 01-27-15 | SIU 380063 | 235.38 | Receipt |
| 11-19-12 | SIU 358637 | 235.38 | Receipt | 12-27-13 | SIU 372090 | 235.38 | Receipt | 02-11-15 | SIU 380398 | 235.38 | Receipt |
| 12-04-12 | SIU 359023 | 235.38 | Receipt | 01-13-14 | SIU 372445 | 235.38 | Receipt | 02-24-15 | SIU 380623 | 235.38 | Receipt |
| 12-17-12 | SIU 359231 | 235.38 | Receipt | 01-27-14 | SIU 372676 | 235.38 | Receipt | 03-16-15 | SIU 380961 | 235.38 | Receipt |
| 01-03-13 | SIU 359508 | 235.38 | Receipt | 02-11-14 | SIU 373027 | 235.38 | Receipt | 03-24-15 | SIU 381189 | 235.38 | Receipt |
| 01-14-13 | SIU 339801 | 235.38 | Receipt | 02-26-14 | SIU 373266 | 235.38 | Receipt | 04-07-15 | SIU 381529 | 235.38 | Receipt |
| 01-28-13 | SIU 360054 | 235.38 | Receipt | 03-11-14 | SIU 373621 | 235.38 | Receipt | 04-23-15 | SIU 381750 | 235.38 | Receipt |
| 02-11-13 | SIU 360449 | 235.38 | Receipt | 03-24-14 | SIU 373863 | 235.38 | Receipt | 05-06-15 | SIU 388403 | 235.38 | Receipt |
| 03-01-13 | SIU 360718 | 235.38 | Receipt | 04-07-14 | SIU 374220 | 235.38 | Receipt | 05-18-15 | SIU 388633 | 235.38 | Receipt |
| 03-12-13 | SIU 361102 | 235.38 | Receipt | 04-21-14 | SIU 374465 | 235.38 | Receipt | 06-01-15 | SIU 388835 | 235.38 | Receipt |
| 03-29-13 | SIU 361370 | 235.38 | Receipt | 05-05-14 | SIU 374826 | 235.38 | Receipt | 06-15-15 | SIU 389145 | 235.38 | Receipt |
| 04-09-13 | SIU 366743 | 235.38 | Receipt | 05-19-14 | SIU 375085 | 235.38 | Receipt | 07-07-15 | SIU 389369 | 235.38 | Receipt |
| 04-22-13 | SIU 367006 | 235.38 | Receipt | 06-02-14 | SIU 375456 | 235.38 | Receipt | 07-14-15 | SIU 389710 | 235.38 | Receipt |
| 05-07-13 | SIU 367383 | 235.38 | Receipt | 06-16-14 | SIU 375573 | 235.38 | Receipt | 07-27-15 | SIU 389945 | 235.38 | Receipt |
| 05-21-13 | SIU 367642 | 235.38 | Receipt | 06-30-14 | SIU 375901 | 235.38 | Receipt | 08-10-15 | SIU 390278 | 235.38 | Receipt |
| 06-03-13 | SIU 368014 | 235.38 | Receipt | 07-15-14 | SIU 376165 | 235.38 | Receipt | 08-24-15 | SIU 390510 | 235.38 | Receipt |
| 06-17-13 | SIU 368213 | 235.38 | Receipt | 07-28-14 | SIU 376417 | 235.38 | Receipt | 09-09-15 | SIU 390862 | 235.38 | Receipt |
| 06-28-13 | SIU 368559 | 235.38 | Receipt | 08-12-14 | SIU 376762 | 235.38 | Receipt | 09-21-15 | SIU 391090 | 235.38 | Receipt |
| 07-15-13 | SIU 368715 | 235.38 | Receipt | 08-25-14 | SIU 377014 | 235.38 | Receipt | 10-05-15 | SIU 391441 | 235.38 | Receipt |
| 07-26-13 | SIU 368954 | 235.38 | Receipt | 09-08-14 | SIU 377380 | 235.38 | Receipt | 10-19-15 | SIU 391675 | 235.38 | Receipt |
| 08-14-13 | SIU 369298 | 235.38 | Receipt | 09-23-14 | SIU 377629 | 235.38 | Receipt | | | | |

| Claim Ref | | Creditor Name | Schedule(*)<br>Limit(#) | Arrears | Fix Payment | Interest | Claimed<br>Pay Percent | Prin Paid<br>Int Paid | Prin Due<br>Int Due | CREDITOR DISBURSEMENTS: P/Prewrite, C/Cancel R/Return I/Xfr In, O/Xfr Out Y/3rd Party | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | YY-MM | Check Nbr | Amount | YY-MM | Check Nbr | Amount |
| **001** | 3 | **RBS CITIZENS** | * 3,267.00 | | | | 3,267.12 | 44.04 | 3,223.08 | 15-08 | 595811 | 19.23 | 15-09 | 597627 | 12.42 |
| 19 | | KROGER | | 33 PRO | | | | | | 15-10 | 599189 | 12.39 | | | |
| **002** | 3 | **DFS SERVICES** | | | | | 8,334.84 | 124.69 | 8,210.15 | 15-07 | 593740 | 12.50 | 15-08 | 595541 | 48.98 |
| 17 | | | | 33 PRO | | | | | | 15-09 | 597369 | 31.64 | 15-10 | 598953 | 31.57 |
| **003** | 3 | **DFS SERVICES** | * 0.00 | | | | 12,720.61 | 190.29 | 12,530.32 | 15-07 | 593740 | 19.08 | 15-08 | 595541 | 74.75 |
| 26 | | | | 33 PRO | | | | | | 15-09 | 597369 | 48.28 | 15-10 | 598953 | 48.18 |

Page 1 of 4



0512000000003450205000            346

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WIMBERLY, SHANNON LEE<br>910 N. BENTLEY<br>APT C<br>MARION, IL 62959<br>SSN    XXX-XX-8254 | | WIMBERLY, RACHEL RUTH<br>13127 BRUSHY CREEK RD.<br>CARRIER MILLS, IL 62917<br><br>SSN    XXX-XX-6770 | | Period Covered This Report<br>06/26/2012  To  10/31/2015<br>TRUSTEE<br>Robert G. Kearney | | DATE FILED   06/26/2012<br>LATEST 341   07/26/2012<br>ORG 341      07/26/2012<br>CONFIRMED  09/05/2012<br>CLOSED | | UNSEC PAID AT        100.0%<br>BASE AMOUNT      30,600.00<br>PLAN UNSEC          9,884.72<br>MONTHLY BASE         NONE<br>MIN BALANCE            5.00 | | CASE #    1240805<br>PRINTED #  BK-12-40805-M<br>ATTY       JAY HOWD<br>DELINQ                157.32<br>MONTHS SINCE PYMNT    0 | | | | |

| Claim<br>Ref | | Creditor Name | Schedule(*)<br>Limit(#) | Arrears | Fix<br>Payment | Interest | Claimed<br>Pay Percent | Prin Paid<br>Int Paid | Prin Due<br>Int Due | CREDITOR DISBURSEMENTS: P/Prewrite, C/Cancel R/Return I/Xfr In, O/Xfr Out Y/3rd Party | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | YY-MM | Check Nbr | Amount | YY-MM | Check Nbr | Amount |
| 004 | 3 | **COMMERCE BANK NA** | * 16,461.00 | | | | 16,608.30 | 248.45 | 16,359.85 | 15-07 | 593718 | 24.91 | 15-08 | 595516 | 97.60 |
| 16 | | | | 33 PRO | | | | | | 15-09 | 597341 | 63.04 | 15-10 | 598930 | 62.90 |
| 005 | 1 | **TOYOTA MOTOR CREDIT CORPORATION** | | | | 5.25% | 10,407.74 | 10,407.74 | Paid 07-24-15 | 12-08 | 526697 | 248.23 | 12-09 | 528853 | 279.94 |
| 6 | | | | 24 PRO | | 06-26-12 | | 1,046.01 | | 12-10 | 530915 | 182.60 | 12-11 | 533142 | 182.60 |
| | | | | | | | | | | 12-12 | 535144 | 182.60 | 13-01 | 537202 | 182.60 |
| | | | | | | | | | | 13-02 | 539032 | 182.60 | 13-03 | 541158 | 182.60 |
| | | | | | | | | | | 13-04 | 543482 | 273.90 | 13-05 | 545508 | 182.60 |
| | | | | | | | | | | 13-06 | 547732 | 182.60 | 13-07 | 549739 | 182.60 |
| | | | | | | | | | | 13-08 | 551728 | 182.60 | 13-09 | 553846 | 273.90 |
| | | | | | | | | | | 13-10 | 555787 | 182.60 | 13-11 | 557738 | 351.15 |
| | | | | | | | | | | 13-12 | 559814 | 384.14 | 14-01 | 561666 | 384.14 |
| | | | | | | | | | | 14-02 | 563723 | 570.16 | 14-03 | 565584 | 380.13 |
| | | | | | | | | | | 14-04 | 567429 | 380.13 | 14-05 | 569106 | 380.13 |
| | | | | | | | | | | 14-06 | 571022 | 380.13 | 14-07 | 572750 | 380.13 |
| | | | | | | | | | | 14-08 | 574724 | 570.17 | 14-09 | 576549 | 380.13 |
| | | | | | | | | | | 14-10 | 578253 | 189.20 | 14-11 | 580198 | 568.37 |
| | | | | | | | | | | 14-12 | 581796 | 378.91 | 15-01 | 583607 | 378.92 |
| | | | | | | | | | | 15-02 | 585391 | 568.37 | 15-03 | 587148 | 378.91 |
| | | | | | | | | | | 15-04 | 588809 | 189.46 | 15-05 | 590581 | 568.37 |
| | | | | | | | | | | 15-06 | 592365 | 378.92 | 15-07 | 594093 | 229.21 |
| 006 | 3 | **PORTFOLIO RECOVERY ASSOCIATES LL** | * 11,258.00 | | | | 11,444.59 | 171.22 | 11,273.37 | 15-07 | 593976 | 17.17 | 15-08 | 595789 | 67.26 |
| 22 | | US BANK | | 33 PRO | | | | | | 15-09 | 597602 | 43.44 | 15-10 | 599169 | 43.35 |
| 007 | 3 | **PORTFOLIO RECOVERY ASSOCIATES LL** | * 0.00 | | | | 1,787.86 | 24.10 | 1,763.76 | 15-08 | 595789 | 10.52 | 15-09 | 597602 | 6.80 |
| 25 | | US BANK | | 33 PRO | | | | | | 15-10 | 599169 | 6.78 | | | |
| 008 | 1 | **AMERICAN HONDA FINANCE CORP** | | | | 5.25% | 1,747.25 | 1,747.25 | Paid 07-24-15 | 12-08 | 526154 | 41.68 | 12-09 | 528297 | 47.00 |
| 4 | | | | 24 PRO | | 06-26-12 | | 175.57 | | 12-10 | 530370 | 30.66 | 12-11 | 532577 | 30.66 |
| | | | | | | | | | | 12-12 | 534582 | 30.66 | 13-01 | 536679 | 30.66 |
| | | | | | | | | | | 13-02 | 538480 | 30.66 | 13-03 | 540593 | 30.66 |
| | | | | | | | | | | 13-04 | 542889 | 45.98 | 13-05 | 544963 | 30.66 |
| | | | | | | | | | | 13-06 | 547143 | 30.66 | 13-07 | 549173 | 30.66 |
| | | | | | | | | | | 13-08 | 551177 | 30.66 | 13-09 | 553253 | 45.98 |
| | | | | | | | | | | 13-10 | 555238 | 30.66 | 13-11 | 557198 | 58.94 |
| | | | | | | | | | | 13-12 | 559273 | 64.49 | 14-01 | 561113 | 64.49 |
| | | | | | | | | | | 14-02 | 563139 | 95.73 | 14-03 | 565009 | 63.81 |
| | | | | | | | | | | 14-04 | 566868 | 63.81 | 14-05 | 568556 | 63.81 |
| | | | | | | | | | | 14-06 | 570428 | 63.81 | 14-07 | 572207 | 63.81 |

Page 2 of 4



0512000000003450305000                                                                     347

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WIMBERLY, SHANNON LEE** <br> 910 N. BENTLEY <br> APT C <br> MARION, IL 62959 <br> SSN XXX-XX-8254 | | **WIMBERLY, RACHEL RUTH** <br> 13127 BRUSHY CREEK RD. <br> CARRIER MILLS, IL 62917 <br><br> SSN XXX-XX-6770 | | Period Covered This Report <br> 06/26/2012 To 10/31/2015 <br> TRUSTEE <br> Robert G. Kearney | | **DATE FILED 06/26/2012** <br> LATEST 341 07/26/2012 <br> ORG 341 07/26/2012 <br> **CONFIRMED 09/05/2012** <br> CLOSED | | UNSEC PAID AT 100.0% <br> BASE AMOUNT 30,600.00 <br> PLAN UNSEC 9,884.72 <br> MONTHLY BASE NONE <br> MIN BALANCE 5.00 | | CASE # 1240805 <br> **PRINTED # BK-12-40805-M** <br> ATTY JAY HOWD <br> DELINQ 157.32 <br> MONTHS SINCE PYMNT 0 | | | | |

| Claim Ref | | Creditor Name | Schedule(*) Limit(#) | Arrears | Fix Payment | Interest | Claimed Pay Percent | Prin Paid Int Paid | Prin Due Int Due | CREDITOR DISBURSEMENTS: P/Prewrite, C/Cancel R/Return I/Xfr In, O/Xfr Out Y/3rd Party | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | YY-MM | Check Nbr | Amount | YY-MM Check Nbr | Amount |
| | | | | | | | | | | 14-08 | 574142 | 95.72 | 14-09 576022 | 63.81 |
| | | | | | | | | | | 14-10 | 577748 | 31.76 | 14-11 579663 | 95.41 |
| | | | | | | | | | | 14-12 | 581297 | 63.61 | 15-01 583094 | 63.60 |
| | | | | | | | | | | 15-02 | 584859 | 95.41 | 15-03 586624 | 63.61 |
| | | | | | | | | | | 15-04 | 588283 | 31.80 | 15-05 590059 | 95.41 |
| | | | | | | | | | | 15-06 | 591838 | 63.60 | 15-07 593601 | 38.48 |
| 009 | 3 | **LINDIA, LLC** | | | | | 5,193.40 | 77.69 | 5,115.71 | 15-07 | 593262 | 7.79 | 15-08 595703 | 30.52 |
| 10 | | BANK OF AMERICA | | 33 PRO | | | | | | 15-09 | 596898 | 19.71 | 15-10 599093 | 19.67 |
| 010 | 3 | **AMERICAN EXPRESS** | | | | | 2,097.68 | 28.28 | 2,069.40 | 15-08 | 595393 | 12.35 | 15-09 597217 | 7.97 |
| 7 | | | | 33 PRO | | | | | | 15-10 | 598825 | 7.96 | | |
| 011 | 3 | **AMERICAN EXPRESS CENTURION BANK** | * 0.00 | | | | 2,299.76 | 31.00 | 2,268.76 | 15-08 | 595394 | 13.54 | 15-09 597218 | 8.74 |
| 8 | | | | 33 PRO | | | | | | 15-10 | 598826 | 8.72 | | |
| 012 | 3 | **AMERICAN EXPRESS CENTURION BANK** | * 0.00 | | | | 1,786.95 | 24.09 | 1,762.86 | 15-08 | 595394 | 10.52 | 15-09 597218 | 6.79 |
| 27 | | | | 33 PRO | | | | | | 15-10 | 598826 | 6.78 | | |
| 013 | 3 | **BACK BOWL I LLC** | * 20,954.00 | | | | 20,954.52 | 313.47 | 20,641.05 | 15-07 | 593621 | 31.43 | 15-08 595416 | 123.13 |
| 15 | | CITIBANK | | 33 PRO | | | | | | 15-09 | 597242 | 79.54 | 15-10 598846 | 79.37 |
| 014 | 3 | **BACK BOWL I LLC** | | | | | 3,002.05 | 40.47 | 2,961.58 | 15-08 | 595416 | 17.67 | 15-09 597242 | 11.41 |
| 13 | | | | 33 PRO | | | | | | 15-10 | 598846 | 11.39 | | |
| 015 | 3 | **BACK BOWL I LLC** | * 0.00 | | | | 14,457.63 | 216.28 | 14,241.35 | 15-07 | 593621 | 21.68 | 15-08 595416 | 84.96 |
| 14 | | CITIBANK | | 33 PRO | | | | | | 15-09 | 597242 | 54.88 | 15-10 598846 | 54.76 |
| 016 | 3 | **PORTFOLIO RECOVERY ASSOCIATES LL** | * 0.00 | | | | 12,610.39 | 188.64 | 12,421.75 | 15-07 | 593976 | 18.91 | 15-08 595789 | 74.11 |
| 28 | | US BANK | | 33 PRO | | | | | | 15-09 | 597602 | 47.86 | 15-10 599169 | 47.76 |
| 017 | 1 | **OCWEN LOAN SERVICING LLC** | * 0.00 | | | | 208,762.49 | 0.00 | Direct Pay | | | | | |
| 3 | | TO BE PD DIRECT BY DEBTORS | | 26 PRO | | | | | | | | | | |
| 103 | 3 | **AMERICAN HONDA FINANCE** | | | | | 0.00 | 0.00 | Not Filed | | | | | |
| 5 | | | | 33 PRO | | | | | | | | | | |
| 107 | 3 | **AT&T UNIVERSAL CARD/CITI** | | | | | 3,002.00 | 0.00 | Not Filed | | | | | |
| 9 | | | | 33 PRO | | | | | | | | | | |
| 109 | 3 | **BANK OF AMERICA** | | | | | 0.00 | 0.00 | Not Filed | | | | | |
| 11 | | | | 33 PRO | | | | | | | | | | |
| 110 | 3 | **CHASE** | | | | | 2,886.00 | 0.00 | Not Filed | | | | | |
| 12 | | | | 33 PRO | | | | | | | | | | |
| 116 | 3 | **CAPITAL MANAGEMENT SERVICES** | | | | | 0.00 | 0.00 | Not Filed | | | | | |
| 18 | | | | 33 PRO | | | | | | | | | | |
| 118 | 3 | **CHARTER ONE** | | | | | 0.00 | 0.00 | Not Filed | | | | | |
| 20 | | | | 33 PRO | | | | | | | | | | |

Page 3 of 4



0512000000003450405000        348

| WIMBERLY, SHANNON LEE  910 N. BENTLEY  APT C  MARION, IL 62959  SSN XXX-XX-8254 | WIMBERLY, RACHEL RUTH  13127 BRUSHY CREEK RD.  CARRIER MILLS, IL 62917  SSN XXX-XX-6770 | Period Covered This Report  06/26/2012 To 10/31/2015  TRUSTEE  Robert G. Kearney | DATE FILED 06/26/2012  LATEST 341 07/26/2012  ORG 341 07/26/2012  CONFIRMED 09/05/2012  CLOSED | UNSEC PAID AT 100.0%  BASE AMOUNT 30,600.00  PLAN UNSEC 9,884.72  MONTHLY BASE NONE  MIN BALANCE 5.00 | CASE # 1240805  PRINTED # BK-12-40805-M  ATTY JAY HOWD  DELINQ 157.32  MONTHS SINCE PYMNT 0 |
|---|---|---|---|---|---|

| Claim Ref | | Creditor Name | Schedule(*) Limit(#) | Arrears | Fix Payment | Interest | Claimed Pay Percent | Prin Paid Int Paid | Prin Due Int Due | CREDITOR DISBURSEMENTS: P/Prewrite, C/Cancel R/Return I/Xfr In, O/Xfr Out Y/3rd Party | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | YY-MM | Check Nbr | Amount | YY-MM | Check Nbr | Amount |
| 119 | 3 | SALINE VALLEY DIAGNOSTIC RADIOLOG | | | | | 213.00 | 0.00 | Not Filed | | | | | | |
| 21 | | | | 33 PRO | | | | | | | | | | | |
| 121 | 3 | US BANK | | | | | 0.00 | 0.00 | Not Filed | | | | | | |
| 23 | | | | 33 PRO | | | | | | | | | | | |
| 122 | 3 | TOYOTA MOTOR CREDIT CORPORATION | | | | | 0.00 | 0.00 | Not Filed | | | | | | |
| 24 | | | | 33 PRO | | | | | | | | | | | |
| 799 | 9 | JAY HOWD | | | | | 4,000.00 | 4,000.00 | Paid 11-22-13 | 12-08 | 526464 | 313.07 | 12-09 | 528612 | 353.07 |
| 1 | | | | 23 %FO | | | | | | 12-10 | 530676 | 235.38 | 12-11 | 532889 | 235.38 |
| | | | | | | | | | | 12-12 | 534895 | 235.38 | 13-01 | 536968 | 235.38 |
| | | | | | | | | | | 13-02 | 538783 | 235.38 | 13-03 | 540896 | 235.38 |
| | | | | | | | | | | 13-04 | 543219 | 353.07 | 13-05 | 545262 | 235.38 |
| | | | | | | | | | | 13-06 | 547461 | 235.38 | 13-07 | 549478 | 235.38 |
| | | | | | | | | | | 13-08 | 551483 | 235.38 | 13-09 | 553574 | 353.07 |
| | | | | | | | | | | 13-10 | 555534 | 235.38 | 13-11 | 557496 | 38.54 |
| 980 | 7 | BOB KEARNEY | | | | | 75.00 | 75.00 | Paid 08-24-12 | 12-08 | 526214 | 75.00 | | | |
| 2 | | | | 8 PRO | | | | | | | | | | | |

| SUMMARY TO DATE | Receipts To Date | Refund Receipts | Filling Fees | Clerks Fees | Other Costs | Trustee Comp | Trustee Expense | Debtor Attorney | Creditors Principal | Creditors Interest | Closing Refund | Unallocated Funds | Funds On Hand |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20,242.68 | 0.00 | 0.00 | 0.00 | 75.00 | 1,063.40 | 0.00 | 4,000.00 | 13,877.70 | 1,221.58 | 0.00 | 5.00 | 5.00 |

Page 4 of 4



051200000003450505000

349